UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDY MANUEL GARCIA MACHADO
(A-240-282-224),

        Petitioner,

    v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER, et al.,

        Respondents.

No.  2:26-cv-1240 DAD CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On April 8, 2026, the district court denied petitioner's motion for temporary restraining order without prejudice and referred the petition for writ of habeas corpus to the undersigned. (ECF No. 7.)

On April 3, 2026, respondents filed an answer to the petition for writ of habeas corpus. (ECF No. 6.)  Petitioner may file a traverse/reply to the answer within ten days from the date of this order.  If petitioner has evidence demonstrating that the criminal charges against him are no longer pending, he should submit such evidence with his reply.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's reply/traverse to respondent's answer, if any, is due within 10 days of the date of this order.

2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  April 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/garc1240.100.2241.imm

2